■ MINNIE GREENBERG, Individually and as a Stockholder of Nusbaum's Department Store, Inc., Respondent, v. NUSBAUM'S DEPARTMENT STORE, INC., et al., Appellants.— Upon agreement of the attorneys for the respondent, all proceedings in this action are stayed pending the determintion of the appeals herein, on the condition that the appellants comply with all conditions necessary for this case to be argued at the January Term of court.

■ JOSEPH ROTHENBERG, INC., Respondent, v. NEW YORK, CHICAGO AND ST. LOUIS RAILROAD COMPANY, Appellant.— Appeal dismissed unless records and briefs are filed and served on or before December 17, 1962.

■ LAURETTE ELLIOTT, as Executrix of EUGENE ELLIOTT, Deceased, Respondent, v. ROXIE GIAN, Doing Business as ROXIE GIAN CONSTRUCTION, Appellant.— Appeal dismissed unless records and briefs are filed and served on or before January 23, 1963.

■ VIOLET R. MEIL, Appellant, v. SYRACUSE CONSTRUCTORS, INC., et al., Respondents.— Appeal as to appellants Meil and Maloney dismissed unless record on appeal is filed on or before December 12, 1962; appeal as to appellants Kinane and Hayes dismissed unless briefs are filed and served on or before December 12, 1962.

■ ARVIS B. RIFFLE, Appellant, v. PAUL W. ZILLMAN et al., Respondents. — Motion granted to prosecute appeal on one original typewritten record and five typewritten copies of appellant's brief.

■ ROBERT TURNER, Appellant, v. DONALD GOLDTHWAITE et al., Respondents. MIRIAM P. TURNER, Appellant, v. DONALD GOLDTHWAITE et al., Respondents.— Motion granted and order dismissing appeal vacated upon condition that appellant's brief is filed and served on or before December 12, 1962.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. RICHARD J. SIMARI, Appellant, v. WALTER H. WILKINS, as Warden of Attica Prison, Respondent.— Motion to prosecute appeal as a poor person, and for other relief denied. Memorandum: All the matters presented on this application were before the court on the appeal from the judgment of conviction. (*People* v. *Simari*, 11 A D 2d 1082.)

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILLIAM LUCHEY, Appellant.— Motion to prosecute appeal as a poor person, and for other relief denied. Memorandum: A direct appeal from the judgment of conviction has heretofore been argued and decided by this court (*People* v. *Luchey*, 15 A D 2d 864). Some of the points sought to be raised are duplicates of the points raised on that appeal. The other points raised are wholly stated in conclusory form, without any factual allegations to support the conclusions.

■ (A) In the Matter of JEANNETTE M. BURKS, Appellant, v. TEMAN L. BURKS, Respondent. (B) In the Matter of HOWARD M. DUNN, Petitioner, v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles, Respondent. (C) MARGARET D. GIDNEY, Respondent, v. JOHN A. GIDNEY, Appellant. (D) ANASTASIA LANARIS, Respondent, v. GERALDINE H. ZAVISCA, Individually and as Administratrix, Appellant. (E) JERALDINE R. MITREFF, Respondent, v. FREDDIE H. MITREFF, Appellant. (F) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CLEVELAND KIMBROUGH, Appellant. (G) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JERRY J. MOSKALA, Appellant.— [In each action] Motion granted and appeal dismissed.

■ In the Matter of IDA S. MILLER, Appellant, v. HARLAND D. MOFFITT et al., Constituting the Town Board of the Town of Mendon, Respondents.— Appeal dismissed unless records and briefs are filed and served on or before December 12, 1962.